1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  SIEM YONG,
11          Petitioner,                         No. CIV S-10-2890 EFB P
12      vs.
13  K. DICKINSON,
14          Respondent.                         ORDER
                                    /
15
16      Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus.
17  *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to
18  28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28
19  U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).
20      On November 24, 2010, the court dismissed petitioner's application for a writ of habeas
21  corpus with leave to amend. The dismissal order explained the petition's deficiencies, gave
22  petitioner 30 days to file an amended petition identifying the specific federal constitutional or
23  other federal right(s) petitioner believed have been violated and including facts describing such
24  violations.
25  ////
26  ////

1

1     The 30-day period has expired and petitioner has not filed an amended petition or
2 otherwise responded to the court's order.
3     Accordingly, it is hereby ordered that this action is DISMISSED.
4 Dated:   January 11, 2011.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE